# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Juan Vasquez-Lopez,<br><br>　　　　Defendant. | CR-21-02221-TUC-RCC (DTF)<br><br>**ORDER** |

The Court having made a de novo review of the Report and Recommendation prepared by Magistrate Judge D. Thomas Ferraro (Doc. 30), the objections filed thereto and the response to the objection.

IT IS ORDERED the Court finds the magistrate judge's Report and Recommendation is well reasoned. The Court adopts the recommendation of Magistrate Judge and DENIES the Motion to Dismiss Indictment (Doc. 18).

Dated this 16th day of May, 2022.

_____
Honorable Raner C. Collins
Senior United States District Judge